IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELAINE G. FARNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.  2:05cv650-WHA |
| vs. ) | |
| ) | (WO) |
| THE UNITED STATES OF AMERICA ) | |
| and SHIRLEY M. LEDFORD, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pursuant to the Memorandum Opinion entered on this day, it is hereby ORDERED as follows:

1. This case is DISMISSED without prejudice for lack of jurisdiction.

2. Any outstanding motions are terminated as moot.

3. Costs are taxed against the Plaintiff.

DONE this 31st day of March, 2006.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE